# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MEL W. CAMPBELL, | No. SACV 10-97-VBF (AGR) |
| Petitioner, | |
| v. | **JUDGMENT** |
| ORANGE COUNTY SHERIFF, | |
| Respondent. | |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed without prejudice.

DATED: 4-27-10

*Valerie Baker Fairbank*
HON. VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE